Argued and submitted February 20, affirmed March 26, petition for review denied June 12, 2014 (355 Or 668)

LEONEL SANDOVAL,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Multnomah County Circuit Court
110708834; A150846

322 P3d 1161

Brian Patrick Conry argued the cause and filed the briefs for appellant.

Kathleen Cegla, Senior Assistant Attorney General, argued the cause for respondent. With her on the brief were Ellen F. Rosenblum, Attorney General, and Anna M. Joyce, Solicitor General.

Before Haselton, Chief Judge, and Brewer, Judge pro tempore.

PER CURIAM

Affirmed. *Saldana-Ramirez v. State of Oregon,* 255 Or App 602, 298 P3d 59, *rev den,* 354 Or 148 (2013).